■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOU PELLIGRINO, Appellant. [855 NYS2d 410]—Appeals by the defendant, as limited by his motion, from four sentences of the Supreme Court, Kings County (DiMango, J.), all imposed November 30, 2004, on the ground that the sentences are excessive.

Ordered that the sentences are affirmed. No opinion. Prudenti, P.J., Spolzino, Florio, Covello and Dickerson, JJ., concur.